IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANDRE ROBINSON,                    :
    Plaintiff                  :
                               :
    v.                         :    Civil No. AMD 01-140
                               :
BALTIMORE CITY POLICE DEPT.,       :
et al.,                            :
    Defendants                 :
                 ...oOo...

FILED
LODGED
ENTERED
RECEIVED

JAN 24 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

## ORDER

In accordance with the foregoing Memorandum, it is this 24th day of January, 2002,

by the United States District Court for the District of Maryland, ORDERED

    (1)    That the defendants' motions for summary judgment are GRANTED IN PART

AND DENIED IN PART; and it is further ORDERED

    (2)    That JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AS TO

ALL FEDERAL CLAIMS AND THE STATE LAW CLAIMS ARE DISMISSED

WITHOUT PREJUDICE FOR LACK OF JURISDICTION; and it is further ORDERED

    (3)    That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this

Order and foregoing Memorandum to all counsel.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE